Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | | |
|---|---|---|
| CAROL DEPINTO, | : | |
| Plaintiff, | : | Civil Case No.: 2:19-cv-240 |
| vs. | : | |
| AMERICAN WATER WORKS COMPANY, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, CAROL DEPINTO, ("Plaintiff"), through her attorney, The Law Firm of Michael Alan Siddons, Esquire, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: April 10, 2019

        Respectfully submitted,

    By: /s/ Michael A. Siddons
        Michael A. Siddons
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On April 10, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Daniel Brewer, at daniel.brewer@dbr.com.

By: /s/ Michael A. Siddons
Michael A. Siddons