Michael A. Siddons
Attorney ID #017592008
The Law Firm of Michael Alan Siddons, Esquire
230 N. Monroe Street
PO Box 403
Media, PA 19063
Tel: 484-614-6546
msiddons@siddonslaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | : | |
|---|---|---|
| CAROL DEPINTO, | : | |
| Plaintiff, | : | Civil Case No.: 2:19-cv-240 |
| vs. | : | |
| AMERICAN WATER WORKS COMPANY, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, CAROL DEPINTO, ("Plaintiff"), through her attorney, Michael A. Siddons, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, AMERICAN WATER WORKS COMPANY, INC.

DATED:  June 11, 2019
                                  Respectfully submitted,

By: /s/ Michael A. Siddons
Michael A. Siddons
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On June 11, 2019, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Daniel Brewer, at daniel.brewer@dbr.com.

        By: /s/ Michael A. Siddons
            Michael A. Siddons